**No. 43636.**—Protests 763950–G, etc., of Renken & Yates Smith Corp. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of celery, Cheddar, and piquant sandwiches the same as those passed upon in *Renken* v. *United States* (1 Cust. Ct. 309, C. D. 73). The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 43637.**—Protest 821485–G of J. A. Forrest (Buffalo).

Opinion by EVANS, J. It was stipulated that the merchandise consists of feeding oat groats and feeding rolled oats similar to that the subject of *Tower* v. *United States* (25 C. C. P. A. 408, T. D. 49486) and *Forrest* v. *United States* (2 Cust. Ct. 425, C. D. 169). The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 43638.**—Protests 927683–G, etc., of E. & J. Burke, Ltd., et al. (New York).

Opinion by EVANS, J. On the records presented the protests were overruled.

**No. 43639.**—Protests 20884–K, etc., of Tuck High & Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of spiral joss sticks or incense coils the same as those passed upon in Abstract 40933. The claim for free entry under paragraph 1703 was therefore sustained.

**No. 43640.**—Protest 19385–K of John Alban & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with the amended report of the collector that there was a shortage the protest was sustained.

**No. 43641.**—Protest 978093–G of Eisenberg Rubin, Inc. (New York).

Opinion by KEEFE, J. It was the opinion of the court that the method of weighing used by the importer assured more accurate results than that used by the United States weigher. On the authority of Abstract 39432 the protest was sustained.